Lenir **RICHARDSON**, Plaintiff–
Appellant,

v.

Kimberly **POWEL**; **J.C. Lyle**, Officer
# 241; **Metro Transit Authority**; **Fair-
fax Connector**; **Commonwealth of
Virginia**; **Freedom Bail Bonding,
Corporation**, Defendants–Appellees.

**Michael Lindner**, Movant.

No. 07–1535.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 28, 2007.

Lenir Richardson, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and
WILKINS and HAMILTON, Senior
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lenir Richardson appeals the district
court's orders accepting the recommenda-
tion of the magistrate judge and denying
relief on her 42 U.S.C. § 1983 (2000) com-
plaint and denying her motion for recon-
sideration. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *See Richardson v. Powel,*

No. 1:04–cv–00874–TSE (E.D. Va. filed
Apr. 18, 2007, entered Apr. 19, 2007; filed
May 1, 2007, entered May 2, 2007). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*